470 A.2d 1040

Commonwealth v. Foster, Appellant.

Submitted June 21, 1983. Jeremy C. Gelb, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

BROSKY, J., filed a memorandum concurring opinion.

470 A.2d 1040

Commonwealth v. Goldy, Appellant.
Petition for Allowance of Appeal
Denied June 5, 1984.

Submitted October 3, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.